IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                              No. 4:12CR00128 JLH

DANIEL WAYNE PERRY a/k/a Chino                                      DEFENDANT

**ORDER**

Daniel Wayne Perry has entered a plea of guilty of Count 1 of the indictment, and the Court has accepted that guilty plea. The United States has moved to dismiss Counts 2, 3, and 4 of the indictment, and that motion is granted. Counts 2, 3, and 4 of the indictment are hereby dismissed. The United States also moved to dismiss the notice of intent to seek enhanced penalties under 21 U.S.C. § 851, and that motion is also granted. The notice of intent to seek enhanced penalties is hereby set aside. The motion of the United States to admit 404(b) evidence is denied as moot. Document #19.

IT IS SO ORDERED this 15th day of November, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE